UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF AN ARBITRATION BETWEEN<br><br>AGRERA INVESTMENTS LTD.<br>    Petitioner,<br><br>v.<br><br>VLADIMIR PALANT ET AL.,<br>    Respondents. | 13 Civ. 8721 (KPF) (JFC) |

## CERTIFICATE OF SERVICE

  I, Joaquin P. Terceño, an attorney admitted to practice before the courts of the State of New York, hereby certify that:

  On the 17th day of December 2013, I have caused service of the Summons for Respondent Alex Zdanov, Civil Cover Sheet, Notice of Petition for an Order Confirming Arbitral Award and Entering Judgment in Favor of Petitioner, Petition to Confirm Arbitral Award and to Enter Judgment in Favor of Petitioner, Affidavit of Jonathan I. Blackman in Support of Petition by Agrera Investments Limited to Confirm Arbitral Award and to Enter Judgment in Favor of Petitioner, and Exhibits A-C attached thereto filed in the above-captioned matter, as well as copies of the Electronic Case Filing Rules & Instructions of the Southern District of New York by Federal Express delivery to the following address:

    Alex Zdanov
    1919 Browning Court
    Highland Park, IL  60035

  The confirmation that such materials were delivered to the above address on the 18th day of December, 2013 is attached hereto as Exhibit 1.

Further, on the 11th Day of December, 2013, I caused to be sent true copies of all of the above described documents by Federal Express delivery and by facsimile to Mr. Zdanov's counsel:

>Gary P. Hollander
>Strauss & Malk LLP
>135 Revere Drive
>Northbrook, Illinois  60062
>(847) 562-1422

Dated:   New York, New York
         January 7, 2014

_____
Joaquin P. Terceño

# EXHIBIT 1

# O'Leary, Margaret K.

**From:** Carlson, Emily
**Sent:** Friday, December 27, 2013 11:09 AM
**To:** O'Leary, Margaret K.
**Subject:** FW: FedEx Shipment 567029283303 Delivered

Emily Carlson | Litigation Paralegal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 3863 | f: +1 212 225 3999
www.clearygottlieb.com | ecarlson@cgsh.com

**From:** trackingupdates@fedex.com [mailto:trackingupdates@fedex.com]
**Sent:** Wednesday, December 18, 2013 2:33 PM
**To:** Carlson, Emily
**Subject:** FedEx Shipment 567029283303 Delivered

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | CLEARY GOTTLIEB STEEN HAMILTON LLP |
| Name: | NY MAILROOOM |
| E-mail: | NY-MAILROOM@CGSH.COM |
| Message: | RECPT. |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 08766-08714268 |
| Ship (P/U) date: | Dec 17, 2013 |
| Delivery date: | Dec 18, 2013 1:28 PM |
| Sign for by: | A.ZDAVOE |
| Delivery location: | HIGHLAND PARK, IL |
| Delivered to: | Residence |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Adult Signature Required |
| | Deliver Weekday |
| | Residential Delivery |
| Tracking number: | 567029283303 |

Shipper Information                     Recipient Information

1

```
NY MAILROOOM                           ALEX ZDANOV
CLEARY GOTTLIEB STEEN HAMILTON LLP     1919 BROWNING COURT
1 LIBERTY PLAZA                        HIGHLAND PARK
42TH FL                                IL
NEW YORK                               US
NY                                     60035
US
100061404
```

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:32 PM CST on 12/18/2013.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.