UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF AN ARBITRATION BETWEEN

AGRERA INVESTMENTS LTD.

           Petitioner,

v.

VLADIMIR PALANT ET AL.,

           Respondents.

13 Civ. 8721 (KPF) (JFC)

---

## CERTIFICATE OF SERVICE

       I, Joaquin P. Terceño, an attorney admitted to practice before the courts of the State of New York, hereby certify that:

       On the 11th day of December 2013, I have caused service of the Summons of Respondent the Severinovskiy Family Trust, Civil Cover Sheet, Notice of Petition for an Order Confirming Arbitral Award and Entering Judgment in Favor of Petitioner, Petition to Confirm Arbitral Award and to Enter Judgment in Favor of Petitioner, Affidavit of Jonathan I. Blackman in Support of Petition by Agrera Investments Limited to Confirm Arbitral Award and to Enter Judgment in Favor of Petitioner, and Exhibits A-C attached thereto filed in the above-captioned matter pursuant to Sections 11.02 and 11.05 of the Membership Interest Purchase Agreement dated July 19, 2007 entered into by Mr. Vladimir Palant, Mr. Boris Pokrass, Mr. Mark Severinovskiy (now represented by the Severinovskiy Family Trust) and Mr. Alex Zdanov, as amended, as well as copies of the Electronic Case Filing Rules & Instructions of the Southern District of New York, by Federal Express delivery to the following address:

                     The Severinovskiy Family Trust
                     35 Seacoast Terrace, Apt. 6L

Brooklyn, New York  11235

The Federal Express confirmation that such materials were delivered to the above address on the 12th day of December, 2013 is attached hereto as Exhibit 1.

Further, on the 11th Day of December, 2013, I caused to be sent true copies of all of the above described documents by Federal Express delivery and by facsimile to the Severinovskiy Family Trust's counsel:

> Gary P. Hollander
> Strauss & Malk LLP
> 135 Revere Drive
> Northbrook, Illinois  60062
> (847) 562-1422

Dated:  New York, New York
        January 7, 2014

                                              _____
                                              Joaquin P. Terceño

# EXHIBIT 1

# O'Leary, Margaret K.

**From:** Carlson, Emily
**Sent:** Thursday, December 12, 2013 10:37 AM
**To:** O'Leary, Margaret K.
**Subject:** FW: FedEx Shipment 567029280646 Delivered

Emily Carlson | Litigation Paralegal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 3863 | f: +1 212 225 3999
www.clearygottlieb.com | ecarlson@cgsh.com

**From:** trackingupdates@fedex.com [mailto:trackingupdates@fedex.com]
**Sent:** Thursday, December 12, 2013 10:36 AM
**To:** Carlson, Emily
**Subject:** FedEx Shipment 567029280646 Delivered

```
This tracking update has been requested by:

Company Name:              CLEARY GOTTLIEB STEEN HAMILTON
                           LLP
Name:                      NYC MAILROOM
E-mail:                    NY-MAILROOM@CGSH.COM
Message:                   RECPT.


Our records indicate that the following shipment has been delivered:

Reference:                 08766-08714268
Ship (P/U) date:           Dec 11, 2013
Delivery date:             Dec 12, 2013 10:31 AM
Sign for by:               S.SAFARI
Delivery location:         BROOKLYN, NY
Delivered to:              Residence
Service type:              FedEx Priority Overnight
Packaging type:            FedEx Pak
Number of pieces:          1
Weight:                    2.00 lb.
Special handling/Services: Deliver Weekday
                           Residential Delivery

Tracking number:           567029280646


Shipper Information                Recipient Information
NYC MAILROOM                       THE SEVERINOVSKIY FAMILY TRUST
```

1

```
CLEARY GOTTLIEB STEEN HAMILTON LLP     35 SEACOAST TERRACE
1 LIBERTY PLAZA                        APT.6L
42TH FL                                BROOKLYN
NEW YORK                               NY
NY                                     US
US                                     11235
100061404
```

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:35 AM CST on 12/12/2013.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

2