UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF AN ARBITRATION BETWEEN<br><br>AGRERA INVESTMENTS LTD.<br><br>           Petitioner,<br><br>  v.<br><br>VLADIMIR PALANT ET AL.,<br><br>           Respondents. | 13 Civ. 8721 (KPF) (JFC) |

## CERTIFICATE OF SERVICE

I, Joaquin P. Terceño, an attorney admitted to practice before the courts of the State of New York, hereby certify that:

On the 11th day of December 2013, I have caused service of the Summons for Respondent Vladimir Palant, Civil Cover Sheet, Notice of Petition for an Order Confirming Arbitral Award and Entering Judgment in Favor of Petitioner, Petition to Confirm Arbitral Award and to Enter Judgment in Favor of Petitioner, Affidavit of Jonathan I. Blackman in Support of Petition by Agrera Investments Limited to Confirm Arbitral Award and to Enter Judgment in Favor of Petitioner, and Exhibits A-C attached thereto filed in the above-captioned matter pursuant to Sections 11.02 and 11.05 of the Membership Interest Purchase Agreement dated July 19, 2007 entered into by Mr. Vladimir Palant, Mr. Boris Pokrass, Mr. Mark Severinovskiy (now represented by Severinovskiy Family Trust) and Mr. Alex Zdanov, as amended, as well as copies of the Electronic Case Filing Rules & Instructions of the Southern District of New York, by Federal Express delivery and U.S. Postal Service mail to the following address:

>Vladimir Palant
>6A Stadionna Street, Apt.77
>Kiev, Ukraine

The Federal Express confirmation that such materials were delivered to the above address on the 17th day of December, 2013 is attached hereto as Exhibit 1.

Further, on the 11th Day of December, 2013, I caused to be sent true copies of all of the above described documents by Federal Express delivery and by facsimile to Mr. Palant's counsel:

>Gary P. Hollander
>Strauss & Malk LLP
>135 Revere Drive
>Northbrook, Illinois  60062
>(847) 562-1422

Dated:   New York, New York
         January 7, 2014

*Joaquin P. Terceño*

# EXHIBIT 1

# O'Leary, Margaret K.

**From:** trackingupdates@fedex.com
**Sent:** Tuesday, December 17, 2013 7:46 AM
**To:** O'Leary, Margaret K.
**Subject:** FedEx Shipment 567029280793 Delivered

---

This tracking update has been requested by:

Company Name:   CLEARY GOTTLIEB STEEN HAMILTON LLP
Name:           NYC MAILROOM
E-mail:         NY-MAILROOM@CGSH.COM

---

Our records indicate that the following shipment has been delivered:

Reference:                    00379-00214268
Ship (P/U) date:              Dec 11, 2013
Delivery date:                Dec 17, 2013 12:45 PM
Sign for by:                  ..E.BOLSHAKOV
Delivery location:            KIEV,
Delivered to:                 Receptionist/Front Desk
Service type:                 FedEx International Priority
Packaging type:               FedEx Pak
Number of pieces:             1
Weight:                       2.00 lb.
Special handling/Services:    Deliver Weekday
Tracking number:              567029280793

Shipper Information                         Recipient Information
NYC MAILROOM                                VLADIMIR PALANT
CLEARY GOTTLIEB STEEN HAMILTON LLP          6A,STADIONNA STREET
1 LIBERTY PLAZA                             APT.77
42TH FL                                     KIEV
NEW YORK                                    UA
NY                                          510
US
100061404

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 6:46 AM CST on 12/17/2013.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number
above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update.
For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.