UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF AN ARBITRATION BETWEEN<br><br>AGRERA INVESTMENTS LTD.<br><br>        Petitioner,<br><br>v.<br><br>VLADIMIR PALANT ET AL.,<br><br>        Respondents. | 13 Civ. 8721 (KPF) (JFC) |

## CERTIFICATE OF SERVICE

I, Joaquin P. Terceño, an attorney admitted to practice before the courts of the State of New York, hereby certify that:

On the 11th day of December 2013, I have caused service of the Summons for Respondent Boris Pokrass, Civil Cover Sheet, Notice of Petition for an Order Confirming Arbitral Award and Entering Judgment in Favor of Petitioner, Petition to Confirm Arbitral Award and to Enter Judgment in Favor of Petitioner, Affidavit of Jonathan I. Blackman in Support of Petition by Agrera Investments Limited to Confirm Arbitral Award and to Enter Judgment in Favor of Petitioner, and Exhibits A-C attached thereto filed in the above-captioned matter pursuant to Sections 11.02 and 11.05 of the Membership Interest Purchase Agreement dated July 19, 2007 entered into by Mr. Vladimir Palant, Mr. Boris Pokrass, Mr. Mark Severinovskiy (now represented by Severinovskiy Family Trust) and Mr. Alex Zdanov, as amended, as well as copies of the Electronic Case Filing Rules & Instructions of the Southern District of New York, by Federal Express delivery to the following address:

        Boris Pokrass
        Lubel Coal Company Ltd.

      56 B. Khmelnitskogo Street
      Kiev, Ukraine

      Boris Pokrass
      445 E. North Water Street, #1301
      Chicago, Illinois

The Federal Express confirmation that such materials were delivered to the above address in Chicago, Illinois on the 12th day of December, 2013 is attached hereto as <u>Exhibit 1</u>. The Federal Express confirmation and accompanying correspondence showing evidence of delivery at the above address in Kiev, Ukraine on the 8th day of January, 2014 is attached as <u>Exhibit 2</u>.

Further, on the 11th Day of December, 2013, I caused to be sent true copies of the documents by Federal Express delivery and by facsimile to Mr. Pokrass's counsel in the arbitration giving rise to the award sought to be confirmed in the Petition:

      Gary P. Hollander
      Strauss & Malk LLP
      135 Revere Drive
      Northbrook, Illinois  60062
      (847) 562-1422

Dated:  New York, New York
          February 18, 2014

                                                    Joaquin P. Terceño

# Exhibit 1

**From:** trackingupdates@fedex.com [mailto:trackingupdates@fedex.com]
**Sent:** Thursday, December 12, 2013 11:58 AM
**To:** Carlson, Emily
**Subject:** FedEx Shipment 567029280635 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | CLEARY GOTTLIEB STEEN HAMILTON LLP |
| Name: | NYC MAILROOM |
| E-mail: | NY_MAILROOM@CGSH.COM |
| Message: | RECPT. |

---

Our records indicate that the following shipment has been delivered:

Reference:                08766-08714268

1

| | |
|---|---|
| Ship (P/U) date: | Dec 11, 2013 |
| Delivery date: | Dec 12, 2013 10:54 AM |
| Sign for by: | C.GOMEZ |
| Delivery location: | CHICAGO, IL |
| Delivered to: | Residence |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |
| Tracking number: | 567029780635 |

| Shipper Information | Recipient Information |
|---|---|
| NYC MAILROOM | BORIS POKRASS |
| CLEARY GOTTLIEB STEEN HAMILTON LLP | #1301 |
| 1 LIBERTY PLAZA | 445 E.NORTH WATER STREET |
| 42TH FL | CHICAGO |
| NEW YORK | IL |
| NY | US |
| US | 60611 |
| 100061404 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:58 AM CST on 12/12/2013.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

# Exhibit 2

**From:** trackingupdates@fedex.com [mailto:trackingupdates@fedex.com]
**Sent:** Wednesday, January 08, 2014 11:42 AM
**To:** O'Leary, Margaret K.
**Subject:** FedEx Shipment 567029280808 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | CLEARY GOTTLIEB STEEN HAMILTON LLP |
| Name: | NYC MAILROOM |
| E-mail: | NY-MAILROOM@CGSH.COM |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 00379-00214268 |
| Ship (P/U) date: | Dec 11, 2013 |
| Sign for by: | ..K.SHEVCHENKO |
| Delivery location: | KIEV, |
| Service type: | FedEx International Priority |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 567029280808 |

| Shipper Information | Recipient Information |
|---|---|
| NYC MAILROOM | BORIS POKRASS |
| CLEARY GOTTLIES STEEN HAMILTON LLP | 42 ARTEMA STREET |
| 1 LIBERTY PLAZA | KIEV |
| 42TH FL | UA |
| NEW YORK | 510 |
| NY | |

1

```
US
100061404
```

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:42 AM CST on 01/08/2014.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

**From:** Victoria [mailto:victoria@elin.kiev.ua]
**Sent:** Tuesday, February 11, 2014 9:28 AM
**To:** Van Kote, Camille
**Cc:** fedex@elin.kiev.ua; trace@elin.kiev.ua
**Subject:** Re: Fedex Confirmation

Hi, Camille.
Sorry, but we do not have hard copy of this shipment because we started working with new technology
scanning packages.So we do not have hard copies any longer!
I have spoken with Karina Shevchenko on phn is 380 (44) 206 1726 ,she verbally confirmed that she has personally received
this shipment on 01/08 at adress:lubel coal co,
56 b. khmelnitskogo st
kiev ua


mailto:victoria@elin.kiev.ua


```
Hello,

Thank you for your help on the phone. Let me know when this will be
able to be completed.

Thanks,

Camille

_____
Camille Van Kote | Litigation Paralegal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 3527 | f: +1 212 225 3999
www.clearygottlieb.com |cvankote@cgsh.com
```

**From:** Van Kote, Camille
**Sent:** Tuesday, February 11, 2014 7:44 AM
**To:** 'victoria@elin.kiev.ua'
**Subject:** Fedex Confirmation

```
Hello,

Can someone please correct the information in the tracking
confirmation below. As you see the recipient information lists:

BORIS POKRASS
42 ARTEMA STREET
KIEV
UA, 510

But it should be:
Lubel Coal
```

```
56 B. Khmelnitskogo Street
Kiev, Ukraine

Thanks,

Camille

Original Message-----
From: trackingupdates@fedex.com [mailto:trackingupdates@fedex.com]
Sent: Wednesday, January 08, 2014 11:42 AM
To: O'Leary, Margaret K.
Subject: FedEx Shipment 567029280808 Delivered

_____
_____

This tracking update has been requested by:

Name: 'not provided by requestor'
E-mail: 'not provided by requestor'

Message: Contact name: margret o'leary
_____
_____

Our records indicate that the following shipment has been delivered:

Reference: 00379-00214268
Ship (P/U) date: Dec 11, 2013
Sign for by: ..K.SHEVCHENKO
Delivery location: KIEV,
Service type: FedEx International Priority
Packaging type: FedEx Pak
Number of pieces: 1
Weight: 2.00 lb.
Special handling/Services: Deliver Weekday

Tracking number: 567029280808

Shipper Information       Recipient Information
NYC MAILROOM              BORIS POKRASS
CLEARY GOTTLIES STEEN HAMILTON LLP  42 ARTEMA STREET
1 LIBERTY PLAZA           KIEV
42TH FL                   UA
NEW YORK 510
NY
US
100061404

Please do not respond to this message. This email was sent from an
unattended
```

mailbox. This report was generated at approximately 10:41 AM CST
on 01/08/2014.

To learn more about FedEx Express, please visit our website at
fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:
https://urldefense.proofpoint.com/v1/url?u=https://www.fedex.com/insig
ht/findit/nrp.jsp?tracknumbers%3D567029280808%26language%3Den%26opco%3
DFX%26clientype%3Divpodalrt&k=lnx%2BBlgWoYv8tdrGR7hiwg%3D%3D%0A&r=m%2B
vAvGuM33uGH7hiTvVMDg%3D%3D%0A&m=bGi%2BkzQIKgu9zIe9gaPYy1%2BGVawUmUc%2F
Peh%2Bs%2Fti0TE%3D%0A&s=cfc7823f5b52741e3f4e2fd49d178d8094235db4b7e8ca
3cdc177800c2034577

This tracking update has been sent to you by FedEx on the behalf of
the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity
of the
request, the requestor's message, or the accuracy of this tracking
update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

---

Camille Van Kote | Litigation Paralegal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 3527 | f: +1 212 225 3999
www.clearygottlieb.com |cvankote@cgsh.com
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.