# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

Writer's Direct Dial: +1 212 225 2490
E-Mail: jblackman@cgsh.com

LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L BELLER
THOMAS J MOLONEY
JONATHAN I BLACKMAN
WILLIAM F GORIN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
JAIME A EL KOURY
STEVEN G HOROWITZ
JAMES A DUNCAN
STEVEN M LOEB
DONALD A STERN
CRAIG B BROD
SHELDON H ALSTER
MITCHELL A LOWENTHAL
EDWARD J ROSEN
JOHN PALENBERG
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
JANET L FISHER
DAVID L SUGERMAN
HOWARD S ZELBO
DAVID E BRODSKY
MICHAEL R LAZERWITZ
ARTHUR H KOHN
RICHARD J COOPER
JEFFREY S LEWIS
FILIP MOERMAN

PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C LOPEZ
CARMEN A CORRALES
JAMES L BROMLEY
MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI, JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C JACOBY
SANDRA L FLOW
FRANCISCO L CESTERO
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA
BENET J O'REILLY
DAVID AMAN

ADAM E FLEISHER
SEAN A O'NEAL
GLENN P MCGRORY
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A COOPER
AMY R SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A BAREFOOT
PAMELA L MARCOGLIESE
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
JONATHAN S KOLODNER
HUGH C CONROY, JR
KATHLEEN M EMBERGER
WALLACE L LARSON JR
JAMES D SMALL
AVRAM E LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
MEYER H FEDIDA
RESIDENT COUNSEL

May 13, 2014

VIA EMAIL AND ECF FILING

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: <u>Agrera Investments Ltd. v. Vladimir Palant et al.</u>
13 Civ. 8721 (KPF) (JCF)

Dear Judge Failla:

   We represent Petitioner Agrera Investments Limited ("Agrera") in the above-captioned matter before the Court. We write with regard to Agrera's pending Motion for Summary Judgment Entering Judgment On An Arbitration Award and Enforcing the Award against respondents/defendants Vladimir Palant, the Severinvoskiy Family Trust, Boris Pokrass, and Alex Zdanov ("Respondents"). (*See* Doc. #12).

   On December 9, 2013, Agrera filed the Petition to Confirm Arbitral Award and Enter Judgment for the Petitioner (the "Petition"). (Doc. #1). Pursuant to Federal Rule of Civil Procedure ("Rule") 12(a)(1)(A)(i), made applicable to this proceeding to confirm an arbitral award under 9 U.S.C. § 207 by Rule 81(a)(6)(B), Respondents were required to respond to the Petition within 21 days of service of the summons and Petition (by January 2, 2014 for the Severinovskiy Family Trust, by January 7, 2014 for Vladimir Palant, by January 8, 2014 for Alex Zdanov, and by January 29, 2014 for Boris Pokrass). Following the filing of the Petition,

Honorable Katherine Polk Failla, p. 2

Respondents failed to either answer or otherwise plead to the Petition, or to enter any appearance in this action.

       Petitioner thereafter moved for summary judgment on the Petition on March 3, 2014.  (*See* Doc. #12, Memorandum of Law in Support of Motion for Summary Judgment Entering Judgment on an Arbitration Award and Enforcing the Award ("Motion for Summary Judgment")).  According to the briefing schedule set by the Court, Respondents were required to file their opposition papers, if any, by April 7, 2014, and Petitioner could file a reply, if necessary, by May 12, 2014.  (*See* Doc. #9).  None of the Respondents have filed an opposition or otherwise responded to the Motion for Summary Judgment.

       Petitioner therefore is entitled to summary judgment on the Petition in its favor because it has "met its burden of demonstrating that no material issue of fact remains for trial."  *See D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 110 (2d Cir. 2006).  The facts described in Petitioner's Summary Judgment Motion as set forth in its Local Rule 56.1 Statement are undisputed.  (*See* Doc. #13).

       Accordingly, we respectfully request that the Court grant Petitioner's Motion for Summary Judgment and order the relief requested therein.

       Respectfully,

       Jonathan I. Blackman