```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Agrera Investments Ltd.,

                Petitioner,

       -against-

Vladimir Palant, et al.,

                Respondents.
------------------------------------------------------------X

10/3/2014

13 **CIVIL** 8721 (KPF)

**JUDGMENT**

     Petitioner having moved for summary judgment pursuant to 9 U.S.C. § 207, and the matter having come before the Honorable Katherine Polk Failla, United States District Judge, and the Court, on October 3, 2014, having rendered its Opinion and Order (Doc. 16) granting Petitioner's motion for summary judgment, directing the clerk of court to enter judgment for Petitioner, terminating all pending motions, adjourn all remaining dates, and to close the case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 3, 2014, Petitioners' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
         October 3, 2014

                                              **RUBY J. KRAJICK**

                                              _____
                                                 **Clerk of Court**
                       **BY:**
                                                _____
                                                 **Deputy Clerk**